Case 4:25-cv-02726   Document 17   Filed on 09/26/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAJID MAJIDI DARYANI, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02726 |
| § | |
| JOHN DOE, *et al.*, § § | |
| Respondents. § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

Majid Majidi Daryani filed a petition for a writ of habeas corpus seeking his release from custody by United States Immigration and Customs Enforcement. On September 25, 2025, Daryani filed a notice of voluntary dismissal. The Court construes the notice as a motion to voluntarily dismiss this case.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 318 (5th Cir. 2002) (citing *Manshack v. Southwestern Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990). Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED on September 26, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge